[No. 12647.    Department Two.    August 4, 1915.]

SLADE LUMBER COMPANY, *Appellant*, v. CHEHALIS COUNTY *et al.*,
*Respondents.*[1]

Appeal from a judgment of the superior court for Chehalis county, Irwin, J., entered February 4, 1915, upon findings in favor of the defendants, dismissing an action to secure the reduction of a tax, tried to the court. Affirmed.

*Hogan & Graham* and *Bridges & Bruener*, for appellant.
*J. E. Stewart*, *Wm. E. Campbell*, *A. Emerson Cross*, and *O. M. Nelson*, for respondents.

PER CURIAM.—This case is controlled by the decision in the case of *National Lumber & Mfg. Co. v. Chehalis County*, *ante* p. 483, 150 Pac. 1164, and upon the authority of that case, the judgment is affirmed.

---

[No. 12648.    Department Two.    August 4, 1915.]

GRAYS HARBOR COMMERCIAL COMPANY, *Appellant*, v. CHEHALIS
COUNTY *et al.*, *Respondents.*[1]

Appeal from a judgment of the superior court for Chehalis county, Irwin, J., entered February 4, 1915, upon findings in favor of the defendants, dismissing an action to secure the reduction of a tax, tried to the court. Affirmed.

*Hogan & Graham* and *Bridges & Bruener*, for appellant.
*J. E. Stewart*, *Wm. E. Campbell*, *A. Emerson Cross*, and *O. M. Nelson*, for respondents.

PER CURIAM.—This case is controlled by the decision in the case of *National Lumber & Mfg. Co. v. Chehalis County*, *ante* p. 483, 150 Pac. 1164, and upon the authority of that case, the judgment is affirmed.

[1]Reported in 150 Pac. 1167.